UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS BRANDT., *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00502-LRH-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 18] |

Before the Court is attorneys Donald A. Lattin and Carolyn Renner's, of the law firm Maupin, Cox & Legoy ("Defense Counsel"), motion to withdraw as counsel for Defendants Travis Brandt and Christina Brandt ("the individual defendants") only. (ECF No. 18.)[1] Defense Counsel certified that the motion was served on the individual defendants by U.S. mail. (ECF No. 18 at 4.) No opposition was filed.

Good cause appearing, the motion to withdraw, (ECF No. 18), is **GRANTED**. The Clerk shall update the docket to reflect the following address for each individual defendant:

| | |
|---|---|
| **Travis Brandt**<br>13375 Rock Crossing Drive<br>Reno, NV 89511<br><br>travis@pinnaclegrinding.com | **Christina Brandt**<br>13375 Rock Crossing Drive<br>Reno, NV 89511<br><br>christina@pinnaclegrinding.com |

The Clerk shall **MAIL** a copy of this order to the individual defendants at the above address.

**IT IS SO ORDERED.**

DATED: February 9, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense Counsel's motion did not include a request to withdraw from representing the entity defendants, Pinnacle Grinding and Grooving, LLC or Sierra Pacific Equipment, LLC. (ECF No. 18.) Therefore, Defense Counsel shall remain counsel of record for these entities until a substitution of counsel is filed or a separate motion to withdraw is granted.