AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

THE OHIO CASUALTY INSURANCE COMPANY,

            Plaintiff,

v.

TRAVIS BRANDT, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00502-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT Plaintiff's motion for summary judgment (ECF No. 23) is granted as specified in this court's order entered January 22, 2025 (ECF No. 28).

IT IS FURTHER ORDERED that Plaintiff's claims against Pinnacle are stayed and Plaintiff may seek to reopen the case after the bankruptcy stay is lifted.

IT IS FURTHER ORDERED THAT judgment is hereby entered in Plaintiff's favor accordingly, and this case is CLOSED.

01/22/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ DRM  
Deputy Clerk