KURT C. FAUX, ESQ.
Nevada Bar No. 3407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 2478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for The Ohio Casualty Insurance Company*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS BRANDT, Individually; CHRISTINA BRANDT, Individually; PINNACLE GRINDING AND GROOVING, LLC; SIERRA PACIFIC EQUIPMENT, LLC;<br><br>Defendants. | Case No.:   3:23-cv-00502-MMD-CLB<br><br>**ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTORS TRAVIS BRANDT AND CHRISTINA BRANDT** |

The Court having reviewed Plaintiff and Judgment Creditor The Ohio Casualty Insurance Company's ("Ohio") Ex Parte Motion for an Order Allowing Examination of Judgment Debtors Travis Brandt and Christina Brandt ("Judgment Debtors"), and finding good cause appearing;

IT IS HEREBY ORDERED that the Judgment Debtors are ordered to appear at the U.S. District Court, District of Nevada, 400 S. Virginia St., Reno, NV 89501, in Courtroom No. 1, on Thursday, October 30, 2025, at 9:00 A.M. to testify under oath concerning their real and personal property.

IT IS HEREBY FURTHER ORDERED that the Judgment Debtors are hereby forbidden in the meantime from dispensing of any real or personal property not exempt from execution.

1

IT IS HEREBY FURTHER ORDERED that Ohio will serve the Judgment Debtors with this Ex Parte Order Allowing Examination of Judgment Debtor at least fifteen (15) days prior to the date of the Debtors' Examination.

The examination will address the existence, location, status, and amount of any and all assets of the Judgment Debtors. The Judgment Debtors are also ordered to produce the following documents spanning from October 13, 2023 to the present, seven calendar days in advance of the hearing to counsel for Ohio at The Faux Law Group, 2625 North Green Valley Parkway, Suite 100, Henderson, Nevada 89014, email: kfaux@fauxlaw.com:

1. Any and all monthly and annual account statements issued by any bank, credit union, or similar financial institution to Travis Brandt, Christina Brandt, and Sierra, jointly or individually;

2. Any and all bonds, stock accounts and certificates in which Travis Brandt, Christina Brandt, and Sierra, jointly or individually, as trustor, trustee, or beneficiary, held or hold an interest;

3. Any and all financial statements or records showing real or personal assets in which Travis Brandt, Christina Brandt, and Sierra, jointly or individually, as trustor, trustee, or beneficiary, held or hold an interest;

4. All tax returns filed by Travis Brandt, Christina Brandt, and Sierra, jointly or individually;

5. Any and all financial statements containing information regarding any personal or real property in which Travis Brandt, Christina Brandt, and Sierra, jointly or individually, or as trustor, trustee, or beneficiary, held or hold an interest;

6. Any and all titles to real property in which Travis Brandt, Christina Brandt, and Sierra, jointly or individually, or as trustor, trustee, or beneficiary, held or hold an interest;

7. All titles to any motor vehicle, equipment or motorized craft of any nature in which Travis Brandt, Christina Brandt, and Sierra, jointly or individually, or as trustor, trustee, or beneficiary, held or hold an interest;

8. Any and all corporate filings, certificates, or other documents regarding Travis Brandt and Christina Brandt's interest, whether held jointly or individually, or as trustor, trustee, or beneficiary, in any other entity or business;

9. All life insurance policies of Travis Brandt and Christina Brandt;

10. The location and address of any out of state real property or personal property of Travis Brandt, Christina Brandt, and Sierra;

11. All cash of Travis Brandt, Christina Brandt, and Sierra and the location thereof;

12. Any and all stock certificates, contracts, or other documents showing Travis Brandt, Christina Brandt, and Sierra's financial interests, whether held jointly or individually, or as trustor, trustee, or beneficiary;

13. Any and all documents regarding any trust in which Travis Brandt, Christina Brandt, or Sierra, held or hold an interest, whether jointly or individually, or as grantor or grantee, or as trustor, trustee or beneficiary; and

14. Any and all documents regarding any conveyance of any interest in any real property held by Travis Brandt, Christina Brandt, and Sierra, whether jointly or individually, or as grantor or grantee, or as trustor, trustee or beneficiary.

///
///
///
///
///
///
///
///

15. Regarding Sierra Pacific Equipment, LLC produce any and all monthly and annual account statements issued by any bank, credit union, or similar financial institution.

16. Regarding Sierra Pacific Equipment, LLC produce any and all financial statements containing information regarding any personal or real property owned by Sierra Pacific Equipment, LLC.

Failure to appear at the time and place and to produce the documents and information described above may result in a bench warrant being issued for your arrest.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 16, 2025

THE FAUX LAW GROUP

/s/ Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 3407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 2478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada 89014
*Attorneys for The Ohio Casualty Insurance Company*

4