# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

THE OHIO CASUALTY INSURANCE CO.

Plaintiff,

v.

TRAVIS BRANDT, *et al.*,

Defendants.

Case No. 3:23-CV-00502-MMD-CLB

**ORDER STRIKING NOTICE OF WITHDRAWAL AS ATTORNEY**

[ECF No. 60]

On April 8, 2026, a notice was filed in this case stating that the law firm of Maupin, Cox & LeGoy is withdrawing as counsel for Defendants Pinnacle Grinding and Grooving, LLC ("Pinnacle") and Sierra Pacific Equipment, LLC ("Sierra Pacific") in this matter. (ECF No. 60.) The filing merely states: "Please be advised that the law firm of Maupin, Cox & LeGoy hereby withdraws as counsel of record for Defendants[]" Pinnacle and Sierra Pacific. (*Id.*) To the extent the law firm of Maupin, Cox & LeGoy is withdrawing as counsel, a "notice of withdrawal of counsel" is improper under the Local Rules. *See* LR IA 11-6(b). Rather, attorneys seeking to withdraw after appearing in a case must file a *motion* or *stipulation* and serve it on the affected clients and opposing counsel. *Id.*

Accordingly, the "notice of withdrawal of counsel," (ECF No. 60), is **STRICKEN** from the record.

**IT IS SO ORDERED**.

**DATED**: April 9, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**